UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODERICK COLEMAN,

    Plaintiff,

v.

FORDE et al,

    Defendant.

Case Number: CV09-05399 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roderick Coleman 2421998
San Francisco County Jail
425 7th Street
C-Pod #3
San Francisco, CA 94103

Dated: February 23, 2010

                      Richard W. Wieking, Clerk
                      By: Anthony Bowser, Deputy Clerk